1  EILEEN M. DIEPENBROCK, State Bar No. 119254
2  GENE K. CHEEVER, State Bar No. 148063
   DIEPENBROCK HARRISON
3  A Professional Corporation
   400 Capitol Mall, Suite 1800
4  Sacramento, CA 95814
   Telephone: (916) 492-5000
5  Facsimile: (916) 446-4535

6  Attorneys for Plaintiffs
7  Scott Hanson, Pat McClain and
   Hanson McClain Retirement Network
8

9  MITCHELL CHYETTE, State Bar No. 113087
   LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
10 333 Market Street, 27th Floor
   San Francisco, CA 94105-2171
11 Telephone: (415) 957-1800
12 Facsimile: (415) 974-1520

13 Attorneys for Burk Rosenthal

14

15                    UNITED STATES DISTRICT COURT
16              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
17

| | |
|---|---|
| SCOTT HANSON, an individual; and PAT McCLAIN, an individual; | CASE NO. CVS-04-2298 MCE PAN |
| Plaintiffs, | **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION** |
| v. | |
| BURK ROSENTHAL, an individual, | |
| Defendant. | |
| AND RELATED COUNTER CLAIMS AND CROSS-ACTIONS. | |

        IT IS HEREBY STIPULATED by and between all of the parties to this action by and through their designated counsel of record that, pursuant to the agreed-upon settlement in this

1

1  matter, the above-captioned action in its entirety, including without limitation the first amended
2  complaint and the amended counter-complaint and cross-complaint, shall be, and is hereby
3  ordered dismissed with prejudice as to all parties and all causes of action pursuant to Federal
4  Rules of Procedure, Rule 41(a).  No party to recover costs except as expressly permitted by the
5  written settlement agreement.

6  This Stipulation may be executed, including by facsimile, in one or more
7  counterparts, each of which shall be deemed an original, but all together shall
8  constitute one and the same document.

**SO STIPULATED**

DATED: ~~May~~ June _8_, 2005          DIEPENBROCK HARRISON
                                        A Professional Corporation


                                        By     s/ Gene K. Cheever
                                               GENE K. CHEEVER
                                        Attorneys for Scott Hanson, Pat McClain and
                                        Hanson McClain Retirement Network


DATED:  June 7, 2005                    LELAND, PARACHINI, STEINBERG,
                                        MATZGER & MELNICK, LLP


                                        By     s/ Mitchell Chyette
                                               MITCHELL CHYETTE
                                        Attorneys for Burk Rosenthal


**SO ORDERED**


DATED:  June 15, 2005

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE